# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **PABLO LORA-SALAZAR,**<br><br>   *Plaintiff*,<br><br>v.<br><br>**GARRETT J. RIPA, ET AL.,**<br><br>   **Respondents.** | Civ. No. 26-01014 (MAJ) |

## JUDGMENT

In accordance with the Order entered on this same date (**ECF No. 27**), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of February, 2026.

                                            */s/ María Antongiorgi-Jordán*
                                            **MARIA ANTONGIORGI-JORDAN**
                                            **UNITED STATES DISTRICT JUDGE**